**ORIGINAL**

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
5  RANDY S. LUSKEY (CABN 240915)   FILED
   Assistant United States Attorney
6                                   JUL 19 2011
   450 Golden Gate Avenue, 9th Floor
7  San Francisco, California 94102   RICHARD W. WIEKING
   Telephone: (415) 436-7200         CLERK, U.S. DISTRICT COURT
8  email: randall.luskey@usdoj.gov   NORTHERN DISTRICT OF CALIFORNIA

9  Attorneys for Applicant

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

    IN RE: APPLICATION FOR AN ORDER  CR 11 90606 MISC
13  AUTHORIZING THE USE OF A POLE    ) No.
    CAMERA                           )                      MEJ
14                                   ) APPLICATION
                                     )
15  _____  )



1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
5  RANDY S. LUSKEY (CABN 240915)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, 9th Floor
7     San Francisco, California 94102
      Telephone: (415) 436-7200
8     email: randall.luskey@usdoj.gov

9  Attorneys for Applicant

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 | IN RE: APPLICATION FOR AN ORDER        ) No.
   | AUTHORIZING THE USE OF A POLE          )
14 | CAMERA                                 ) **APPLICATION**
                                            )
15                                          )

16

17       I, Randy S. Luskey, an Assistant United States Attorney in the Northern District of
18 California, hereby apply to the Court for an Order authorizing the maintenance and use of pole-
19 mounted video cameras ("pole cameras") and related equipment and dial-up phone lines for a
20 period of 90 days on the following utility pole that Pacific Gas and Electric owns, leases and/or
21 maintains in Alameda County, California:
22       a)     **Pole Number 110136626** located in the vicinity of 1759 Seminary Avenue,
23              Oakland, California.
24       These cameras, which will not have audio capabilities, will be used to conduct and/or
25 record visual surveillance of the exterior of buildings (entrances/exits) and public thoroughfare
26 areas in the vicinity of 1759 Seminary Avenue, Oakland, California. The phone lines will be
27 used to transmit images obtained by the cameras but not to transmit conversations or other audio.
28 This Application and the attached Order are authorized by the All Writs Act, 28 U.S.C. §

APPLICATION

1651(a).[1]

In support of this Application, I declare the following:

1. I am an "attorney for the government" as defined in Rule 1(b) of the Federal Rules of Criminal Procedure.

2. I certify that the information likely to be obtained from the maintenance and use of the requested pole cameras and related equipment and dial-up telephone lines is relevant and material to an ongoing criminal investigation being conducted by the Federal Bureau of Investigation ("FBI"). This assertion is based upon the following facts related to me by agents participating in this investigation:

A. The FBI is conducting an investigation into possible violations of federal criminal statutes, including Title 18 U.S.C. Section 1961 (RICO activity) and Title 21, U.S.C. Sections 841(a)(1) and 846 (narcotics trafficking) by Henry CERVANTES, Daniel PEREZ, Fernando RANGEL, Andrew CERVANTES, Alberto LAREZ and others known and unknown, believed to be members and associates of the *Nuestra Familia* prison gang.

B. During this investigation, agents have used several techniques, including surveillance and monitoring the precise location of many telephones used by targets of this investigation. Those investigative techniques have helped agents to locate and identify residences, vehicles, co-conspirators, and methods of narcotics trafficking associated with the *Nuestra Familia* gang.

C. Agents believe that Henry CERVANTES, a/k/a "Happy", and Fernando RANGEL, both members of the *Nuestra Familia* who are currently out of custody on supervised release, are currently serving as Regimental Commanders for *Nuestra Familia* street operations. Henry CERVANTES has been in contact with other *Nuestra Familia* members currently incarcerated,

---

[1] The All Writs Act, 28 U.S.C. § 1651(a), provides that "the Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." See United States v. New York Telephone Co., 434 U.S. 159, 172 (1977) (federal courts may issue orders under the All Writs Act "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in the exercise of its jurisdiction"); Adams v. United States, 317 U.S. 269, 273 (1942) (All Writs Act may be applied to "achieve all rational ends of law"); Hamilton v. Nakai, 453 F.2d 152, 157 (9th Cir.1971) (court's powers under the All Writs Act "should be broadly construed"), cert. denied, 406 U.S. 935 (1972).

APPLICATION ▮▮▮▮ 2

including Daniel PEREZ and Andrew CERVANTES, as well as a *Nuestra Familia* member who has been recently released named Alberto LAREZ. The government is investigating possible criminal activity based on the fact that Henry CERVANTES has discussed with these individuals their desire to set up an organization controlled by *Nuestra Familia* and for Henry CERVANTES to maintain and/or establish contact with other *Nuestra Familia* members who have been released from custody. Of course, it is a separate violation of federal law that Henry CERVANTES has any communication with any felons since those communications violate a condition of his release. *See* 18 U.S.C. Section 3583. Agents believe that Henry CERVANTES and RANGEL currently live at and manage an apartment complex at 1759 Seminary Avenue in Oakland, California. Investigation has determined that CERVANTES and RANGEL are extremely conscious of surveillance activities and may be employing lookouts to alert them when people are coming to the apartment complex. Based on intercepted mail and phone calls from incarcerated *Nuestra Familia* Captains Andrew CERVANTES, Daniel PEREZ, and Sheldon "Skip" VILLANUEVA, the FBI has learned that RANGEL and Henry CERVANTES are attempting to establish a drug trafficking organization and are sending proceeds from their drug trafficking activities to the bank accounts of these *Nuestra Familia* Captains.

D.   The foregoing facts have led agents to believe that the information collected from the maintenance and continued use of the requested pole cameras and related equipment and dial-up telephone lines at 1759 Seminary Avenue, Oakland, California is likely to assist them in identifying other participants in the suspected drug trade and racketeering activity and the vehicles and methods they use to commit the aforementioned offenses. Furthermore, agents believe that the requested pole cameras and related equipment and dial-up telephone lines will continue to provide an element of security for agents and officers who may conduct physical surveillance in the vicinity of this location and will help prevent the investigation from being compromised.

3.   There is reason to believe that disclosure of this Application, the Order, the pole cameras and related equipment and dial-up telephone lines, and the ongoing investigation would cause subjects of the investigation to change their methods, thereby preventing the FBI from

1 | gathering evidence of criminal conduct and jeopardizing the ongoing investigation.

2 | Therefore, I request that the Court issue an Order that:

3 | 1. Authorizes the FBI to maintain and continue to use video cameras and related equipment and dial-up phone lines for a period of 90 days on the aforementioned utility pole owned, leased, and/or maintained by PG&E, SBC, and/or AT&T in Alameda County, California; and which,

2. Directs PG&E, SBC, and AT&T to furnish the FBI with any and all information, facilities, and technical assistance necessary to unobtrusively accomplish the installation of the pole cameras and related equipment and dial-up telephone lines on the aforementioned utility pole no later than 14 days following the service of the Order by the FBI to PG&E, SBC, and/or AT&T;

3. Directs PG&E, SBC, and/or AT&T to continue furnishing the FBI with any and all information, facilities, and technical assistance necessary to operate and maintain the pole cameras and related equipment and dial-up telephone lines on the aforementioned utility pole for a period of 90 days from the date of this Order;

4. Directs the United States to compensate PG&E, SBC, and AT&T for reasonable costs incurred in order to comply with the Court's Order;

5. Directs PG&E, SBC, AT&T, their agents and employees, or others to whom the Order is disclosed, to not disclose the existence of the Application, Order, pole cameras and related equipment and dial-up telephone lines, or the ongoing investigation to any person so as to avoid compromising the ongoing criminal investigation;

6. Directs the Clerk of the Court to file this Application and the Order under seal until further Order of the Court, but requires the Clerk of Court to give copies of the sealed documents to employees of the United States Attorney's Office, and that they be permitted to serve working copies on Special Agents and other investigative and law enforcement officers of the FBI, federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and PG&E, SBC, AT&T as necessary to effectuate the Court's Order.

APPLICATION  4

1   I declare under penalty of perjury that the foregoing factual assertions are true and correct
2   to the best of my knowledge and belief.
3   Executed on July 18, 2011 at San Francisco, California.

Respectfully submitted,

MELINDA HAAG
United States Attorney

*[signature]*
RANDY S. LUSKEY
Assistant United States Attorney

APPLICATION                                  5